# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

FLORIDA INSURANCE GUARANTY ASSOCIATION, as
statutory guarantor of covered claims with UNITED
PROPERTY & CASUALTY INSURANCE COMPANY, an
insolvent insurer,

Appellant,

v.

BEATRIZ HERNANDEZ and MIGUEL HERNANDEZ,

Appellees.

No. 2D2025-1047

_____

November 5, 2025

Appeal from the Circuit Court for Hillsborough County; Helene L. Daniel,
Judge.

Megan G. Colter and Dorothy DiFiore of Quintaros, Prieto, Wood &
Boyer, P.A., Tampa, for Appellant.

Terry L. Watson of HL Law Group, P.A., Fort Lauderdale; and Oner J.
Kiziltan of Law Offices of Anidjar & Levine, P.A., for Appellees.


PER CURIAM.

Affirmed.

LaROSE and SLEET, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.

2